# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

GREGORY TUCKER,

*Plaintiff-Appellee,*

v.

FAITH BIBLE CHAPEL INTERNATIONAL,
a Colorado non-profit corporation,

*Defendant-Appellant.*

Appeal from the United States District Court, District of Colorado,
No. 1:19-cv-01652 (Hon. R. Brooke Jackson)

## UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF DEFENDANT-APPELLANT'S PETITION FOR REHEARING EN BANC

Pursuant to Federal Rule of Appellate Procedure 29(a)(3) and 29(b)(2)-(3), Professor Douglas Laycock and Professor Thomas C. Berg respectfully move for leave to file a brief as *amici curiae* in support of Defendant-Appellant's petition for rehearing en banc. A copy of the proposed brief is an exhibit to this motion.

Douglas Laycock is the Robert E. Scott Distinguished Professor of Law at the University of Virginia School of Law. Thomas C. Berg is the James L. Oberstar Professor of Law and Public Policy at the University of St. Thomas School of Law (Minnesota). Professor Laycock and Professor Berg seek leave to file an *amicus*

1

brief because they believe that religious institutions must be free from governmental interference in deciding who performs core religious functions, that a robust ministerial exception is critical to safeguarding the values protected by the Constitution's Religion Clauses, and that courts must consider these questions at the first opportunity—here, on collateral review—rather than exposing a religious organization to undue governmental interference.

This brief is desirable because Professor Laycock and Professor Berg both have substantial expertise on, and have written about, the ministerial exception; both have filed *amicus* briefs in ministerial-exception cases; and Professor Laycock argued in the Supreme Court on behalf of the church in *Hosanna-Tabor Evangelical Lutheran Church & School v. EEOC*, 565 U.S. 171 (2012). The matters asserted in the attached *amicus* brief are relevant to the disposition of the case because they address the panel's core holding that interlocutory appellate review is not available in this or similar cases involving the ministerial exception. Counsel for Defendant has consented to the filing of this motion. Counsel for Plaintiff has stated that he will not oppose the motion.

Professor Laycock and Professor Berg respectfully request that this Court grant them leave to file the attached *amicus* brief in support of rehearing en banc.

Dated:  June 28, 2022                    Respectfully submitted,


/s/ *Thomas G. Hungar*

Thomas G. Hungar
Andrew D. Ferguson
Jason Manion
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306
Telephone: (202) 955-8657
Facsimile: (202) 530-9678

*Counsel for* Amici Curiae

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27, I certify that the attached motion is proportionately spaced, has a typeface of 14 points, and complies with the word count limitations set forth in Fed. R. App. P. 27(f)(2). This motion has 309 words, excluding the portions exempted by Fed. R. App. P. 32, according to the word count feature of Microsoft Word used to generate this brief.

I further certify that pursuant to this Court's guidelines on the use of the CM/ECF system:

a) all required privacy redactions have been made per 10th Cir. R. 25.5 and Fed. R. App. P. 25(a)(5);

b) the hard copies that will be submitted to the Clerk's Office are exact copies of the ECF filing; and

c) the ECF submission was scanned for viruses with the most recent version of a commercial virus-scanning program (Symantec Endpoint Protection, version 14.3, last updated October 13, 2021) and, according to the program, is free of viruses.

Dated: June 28, 2022	By:	/s/ *Thomas G. Hungar*
	Thomas G. Hungar

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system on June 28, 2022. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: June 28, 2022      By:  /s/ *Thomas G. Hungar*
                               Thomas G. Hungar