# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

February 8, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

Re: Faith Bible Chapel International
v. Gregory Tucker
No. 22-741
(Your No. 20-1230)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 3, 2023 and placed on the docket February 8, 2023 as No. 22-741.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst